

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Belinda Lonell Davis,

Vs. No. 11-16-00277-CR

The State of Texas,

\* From the 29th District Court
of Palo Pinto County,
Trial Court No. 13414.

\* August 23, 2018

\* Memorandum Opinion by Bailey, J.
(Panel consists of: Bailey, J.;
Gray, C.J., sitting by assignment;
and Wright, S.C.J., sitting by
assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.